

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00028-CV

| | | |
|---|---|---|
| Bryan L. Walter | § | From the 325th District Court |
| v. | § | of Tarrant County (325-482523-10) |
| | § | June 27, 2013 |
| Donald E. Teller, Jr. and Sonya Dee Jennings | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. The order is modified to remove any reference to chapter 9 of the civil practice and remedies code. It is ordered that the order of the trial court is affirmed as modified.

We further hold that Appellant Bryan L. Walter's appeal is unsuccessful, and the trial court's conditional award of $15,000 in appellate attorney's fees to Donald E. Teller, Jr., Sonya Dee Jennings's attorney, is now unconditional. Therefore, pursuant to the trial court's order, Appellant Bryan L. Walter shall pay to Appellee Donald E. Teller, Jr. the sum of $15,000 in appellate attorney's fees.

It is further ordered that Appellant Bryan L. Walter shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
      Justice Bill Meier